IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM GLEN HINTON, #25007244,<br>*Plaintiff*, | §<br>§<br>§<br>§ |
| v. | § CIVIL CASE NO. 3:25-CV-3432-X-BK |
| | § |
| MARION BROWN, ET AL.,<br>*Defendants*. | §<br>§<br>§ |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

**SO ORDERED** this 16th day of February, 2026.

_____
Brantley Starr
UNITED STATES DISTRICT JUDGE